IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00770-MOC-DSC

| | | |
|---|---|---|
| **RANDALL DEAN SEIDL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MONSANTO COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for John Everett Tomlinson and Rhon Eugene Jones]" (documents ##3-4) filed November 16, 2016.  For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 16, 2016

David S. Cayer
United States Magistrate Judge